Janice M. Michaels
Nevada Bar No. 6062
jmichaels@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702-251-4100
Facsimile: 702-251-5405

Attorneys for Warner Norcross + Judd LLP,
*Defendant*.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL KINGEN & KELLY RAMSEY, individually, and on behalf of all others similarly situated, | Case No. 2:22-CV-01374-APG-BNW |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, WARNER NORCROSS + JUDD LLP, TO RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)** |
| v. | |
| WARNER NORCROSS + JUDD LLP, | |
| Defendant. | Trial Date:        None Set |

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, WARNER NORCROSS + JUDD LLP, TO RESPOND TO PLAINTIFFS' COMPLAINT

WARNER NORCROSS + JUDD LLP, (hereinafter "Defendant") and MICHAEL KINGEN & KELLY RAMSEY, individually, and on behalf of all others similarly situated, (hereinafter "Plaintiffs") (collectively, "the Parties") by and through their respective counsel, hereby stipulate and agree that Defendants shall have until October 19, 2022 to respond to Plaintiff's Complaint. This is Defendant's first requested extension to respond to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

## I.   <u>REASONS FOR THE REQUESTED EXTENSION</u>

Plaintiffs filed their Complaint on August 24, 2022 in the District Court of Nevada. *See* ECF No. 1. Subsequently, Defendant was served on or about August 25, 2022. *See* ECF No. 3. Defendant requires additional time to evaluate the Complaint in preparation of its response.

Accordingly, the Parties stipulate and agree that Defendant, WARNER NORCROSS + JUDD LLP, shall have until October 19, 2022 to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

By    */s/ Janice M. Michaels*
JANICE M. MICHAELS
Nevada Bar No. 6062
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
***Attorneys for Warner Norcross + Judd LLP***

By    */s/ Matthew L. Sharp*
MATTHEW L, SHARP, ESQ.
Nevada Bar No. 12697
Matthew L. Sharp, LTD
432 Ridge Street
Reno, NV 89501
***Attorneys for Representative Plaintiff and the Plaintiff Class(es)***

By    */s/ Scott E. Cold*
SCOTT EDWARD COLD, ESQ.
(*Pro Hac Vice* Forthcoming)
LAURA GRACE VAN TOTE, ESQ.
(*Pro Hac Vice* Forthcoming)
CODY ALEXANDER BOLCE, ESQ.
(*Pro Hac Vice* Forthcoming)
555 12th Street, suite 1725
Oakland, CA 94607
***Attorneys for Representative Plaintiff and the Plaintiff Class(es)***

<u>**ORDER**</u>
**IT IS SO ORDERED**

**DATED:** 3:20 pm, September 20, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of September, 2022, a true and correct copy **STIPULATION AND ORDER FOR DEFENDANT, WARNER NORCROSS + JUDD LLP, TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** of  was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  <u>/s/ Michelle N. Ledesma</u>

Michelle N. Ledesma, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP